STATE OF TENNESSEE for use, etc., of S. W. WILLIAMS
*v.* W. J. LEONARD.

BASTARDY. *Appeal.* Appeal from the county court in bastardy cases lies
to the criminal court, and not to the circuit court, in a county having
a criminal court.

FROM MARSHALL.

Appeal in error from the Circuit Court of Marshall county. W. S. McLEMORE, J.

ATTORNEY-GENERAL LEA for the State

WARNER for Leonard.

FREEMAN, J., delivered the opinion of the court.

This is a case of bastardy from Marshall county.
An appeal was taken to the circuit court from the
judgment of the county court, there being a criminal
court for that county at the time, having jurisdiction
over all criminal matters.

In the circuit court a motion was made to dismiss
the appeal, which was done because appealed to the
wrong court. The only question is, whether the court
erred in so doing. We have held in a similar case
that the appeal was to the criminal, and not the cir-
cuit court. The judgment of dismissal was correct,
and simply leaves the case in the county court as be-
fore the attempted appeal.

We cannot look to the proceedings in that court

to see whether they are regular or not, not being before us.

Affirm the judgment.